IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


MEGAN CLODFELTER                                                                    PLAINTIFF

NO. 10-5124

GAMACHE & MYERS, P.C.                                                              DEFENDANT


CLERK'S ORDER OF DISMISSAL


   On this 7th day of September, 2010, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, on September 3, 2010,

   IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.


AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY:  June Newland
     Deputy Clerk